Perrine v. Vreeland.

---

MARY M. PERRINE, administratrix of estate of William Vreeland, deceased, appellant,

*v.*

PETER V. B. VREELAND et al., respondents.

On appeal from a decree of the chancellor, reported in *Perrine* v. *Vreeland, 6 Stew. Eq. 102.*

*Mr. S. B. Ransom,* for appellant.

*Messrs. Bentley & Hartshorne,* for respondents.

The opinion of the court was delivered by

BEASLEY, C. J.

The facts of this case, and the reasons for the conclusion embodied in the decree appealed from, are fully stated in the opinion of the chancellor; and as I entirely concur in the views thus expressed, I shall vote to affirm that decree, on the grounds thus stated.

*Decree unanimously affirmed.*